**Order filed, February 7, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00975-CR**

_____

**ARTHUR XAVIER GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCR-077068**

---

## ORDER

The reporter's record in this case was due February 3, 2020. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Gina Jackson, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain and Hassan.